820

No. 82–1915. CALIFORNIA *v.* HARVIER ET AL. C. A. 9th Cir. Certiorari denied.

No. 82–1917. GARY AIRCRAFT CORP. *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 82–1918. NORMAN ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 82–1919. ROWAN COS., INC., ET AL. *v.* MARATHON PIPELINE CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 82–1920. ALABAMA *v.* GORDON, JUDGE, CIRCUIT COURT OF MONTGOMERY (ELEY, REAL PARTY IN INTEREST). Ct. Crim. App. Ala. Certiorari denied.

No. 82–1921. KAUSHIVA *v.* HUTTER. Ct. App. D. C. Certiorari denied.

No. 82–1923. CALIFORNIA *v.* CARROLL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 82–1927. FLORIDA *v.* GRAGG. Sup. Ct. Fla. Certiorari denied.

No. 82–1929. EISENBEISS *v.* JARRELL ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 82–1931. MESIROW ET AL. *v.* PEPPERIDGE FARM, INC. C. A. 9th Cir. Certiorari denied.

No. 82–1932. BILLUPS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 82–1935. DEMYAN'S HOFBRAU, INC. *v.* INA UNDERWRITERS INSURANCE CO. C. A. 2d Cir. Certiorari denied.

No. 82–1936. RODRIGUEZ *v.* FLOTA MERCANTE GRANCOLOMBIANA, S.A., ET AL. C. A. 9th Cir. Certiorari denied.